# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

| | | |
|---|---|---|
| In re: WINDHORST, MARY R | § | Case No. 14-83348 |
| | § | |
| | § | |
| Debtor(s) | § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
### REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
### AND APPLICATION TO BE DISCHARGED (TDR)

JAMES E. STEVENS, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $10,420.02 *(without deducting any secured claims)* | Assets Exempt: $10,464.02 |
| Total Distribution to Claimants: $1,316.41 | Claims Discharged Without Payment: $52,747.75 |
| Total Expenses of Administration: $3,683.63 | |

3) Total gross receipts of $      5,000.04      (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $      0.00      (see **Exhibit 2** ), yielded net receipts of $5,000.04 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 3,683.63 | 3,683.63 | 3,683.63 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 52,706.07 | 43,007.16 | 43,007.16 | 1,316.41 |
| **TOTAL DISBURSEMENTS** | $52,706.07 | $46,690.79 | $46,690.79 | $5,000.04 |

4)  This case was originally filed under Chapter 7 on October 31, 2014. The case was pending for 39 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as  **Exhibit 8** .  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as  **Exhibit 9** .

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  02/08/2018            By:  /s/JAMES E. STEVENS
                                             Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Preferential payment to daughter | 1141-000 | 5,000.04 |
| **TOTAL GROSS RECEIPTS** | | $5,000.04 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $0.00 |

### EXHIBIT 3 −SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | None | | | | |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - JAMES E. STEVENS | 2100-000 | N/A | 1,250.00 | 1,250.00 | 1,250.00 |
| Other - Barrick, Switzer, Long, Balsley & Van Evera | 3210-000 | N/A | 2,248.00 | 2,248.00 | 2,248.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Other – Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other – INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 5.63 | 5.63 | 5.63 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $3,683.63 | $3,683.63 | $3,683.63 |

## EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | None | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | N/A | | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 −PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

UST Form 101-7-TDR (10/1/2010)

## EXHIBIT 7 –GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | PNC BANK, N.A. | 7100-000 | 6,138.00 | 6,352.67 | 6,352.67 | 194.45 |
| 2 | Discover Bank | 7100-000 | 4,991.00 | 5,118.45 | 5,118.45 | 156.67 |
| 3 | Commerce Bank | 7100-000 | 5,582.00 | 5,661.10 | 5,661.10 | 173.28 |
| 4 | Capital One Bank (USA), N.A. | 7100-000 | 822.00 | 867.53 | 867.53 | 26.55 |
| 5 | PYOD, LLC its successors and assigns as assignee | 7100-000 | 16,310.00 | 16,794.90 | 16,794.90 | 514.08 |
| 6 | Synchrony Bank | 7100-000 | 7,806.07 | 8,212.51 | 8,212.51 | 251.38 |
| NOTFILED | Citibank Sd, Na | 7100-000 | 1,124.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 7100-000 | 1,927.00 | N/A | N/A | 0.00 |
| NOTFILED | GECRB/Care Credit | 7100-000 | 8,006.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $52,706.07 | $43,007.16 | $43,007.16 | $1,316.41 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| Case Number: 14-83348 | Trustee:    (330420)    JAMES E. STEVENS |
| Case Name:    WINDHORST, MARY R | Filed (f) or Converted (c):    10/31/14 (f) |
| | §341(a) Meeting Date:    12/11/14 |
| Period Ending: 02/08/18 | Claims Bar Date:    06/18/15 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Cash: None | 0.00 | 0.00 | | 0.00 | FA |
| 2 | Checking Account: PNC | 22.00 | 0.00 | | 0.00 | FA |
| 3 | Checking Account: Total checking | 311.00 | 0.00 | | 0.00 | FA |
| 4 | Furniture: 1 sofa, 1 dining set, 1 bedroom set, | 250.00 | 0.00 | | 0.00 | FA |
| 5 | Appliances: Mini fridge, stove microwave, coffee | 62.00 | 0.00 | | 0.00 | FA |
| 6 | Household: 4 piece stoneware set, pots,pans | 25.00 | 0.00 | | 0.00 | FA |
| 7 | Audio-Video: TV | 20.00 | 0.00 | | 0.00 | FA |
| 8 | Office: Computer | 50.00 | 0.00 | | 0.00 | FA |
| 9 | Clothes: Attire for self | 150.00 | 0.00 | | 0.00 | FA |
| 10 | Jewelry: Costume jewelry | 10.00 | 0.00 | | 0.00 | FA |
| 11 | Retirement: Individual Investment Account | 7,786.03 | 0.00 | | 0.00 | FA |
| 12 | Retirement: Individual Retirement Account | 570.99 | 0.00 | | 0.00 | FA |
| 13 | Auto: 1999 Buick Le Sabre 130,000 miles | 1,163.00 | 0.00 | | 0.00 | FA |
| 14 | Animals: 1 dog, 2 cats | 0.00 | 0.00 | | 0.00 | FA |
| 15 | Preferential payment to daughter<br>    See Order to Compromise Controversy entered<br>4/4/16. | 5,000.00 | 5,000.00 | | 5,000.04 | FA |
| 15 | Assets    Totals (Excluding unknown values) | $15,420.02 | $5,000.00 | | $5,000.04 | $0.00 |

**Major Activities Affecting Case Closing:**

Initial Projected Date Of Final Report (TFR):    December 31, 2016        Current Projected Date Of Final Report (TFR):    September 21, 2017  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 14-83348 | | Trustee: | JAMES E. STEVENS (330420) |
|---|---|---|---|---|
| Case Name: | WINDHORST, MARY R | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******0466 - Checking Account |
| Taxpayer ID #: | **-***1412 | | Blanket Bond: | $4,396,000.00  (per case limit) |
| Period Ending: | 02/08/18 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | 5<br><br>T-Code | 6<br>Receipts<br>$ | 7<br>Disbursements<br>$ | Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/16/16 | {15} | Christine M. Lanken and   Casey F. Lanken | payment on inheritance    preference payment | 1141-000 | 277.78 | | 277.78 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 267.78 |
| 04/18/16 | {15} | Christine M. Lanken | preferential payment | 1141-000 | 277.78 | | 545.56 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 535.56 |
| 05/11/16 | {15} | Christine M. Lanken | payment onf preference | 1141-000 | 277.78 | | 813.34 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 803.34 |
| 06/16/16 | {15} | Chase Online Bill Payment/Christine M. Lanken | Preference Payment | 1141-000 | 277.78 | | 1,081.12 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,071.12 |
| 07/05/16 | {15} | Chase OnLine Bill Payment | preference payment | 1141-000 | 277.78 | | 1,348.90 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,338.90 |
| 08/08/16 | {15} | Christine M. Lanken | preference payment | 1141-000 | 277.78 | | 1,616.68 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,606.68 |
| 09/20/16 | {15} | CHRISTINE M. LANKEN | preference payment | 1141-000 | 277.78 | | 1,884.46 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,874.46 |
| 10/17/16 | {15} | Christine M. Lanken | payment in preference | 1141-000 | 277.78 | | 2,152.24 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,142.24 |
| 11/17/16 | {15} | Christine M. Lanken | payment on preference | 1141-000 | 277.78 | | 2,420.02 |
| 11/30/16 | {15} | Christine M. Lanken | payment on preference | 1141-000 | 277.78 | | 2,697.80 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,687.80 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,677.80 |
| 01/26/17 | {15} | Christine M. Lanken | payment on preference | 1141-000 | 277.78 | | 2,955.58 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,945.58 |
| 02/22/17 | {15} | Christine M. Lanken | payment on preference | 1141-000 | 277.78 | | 3,223.36 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,213.36 |
| 03/19/17 | {15} | Christine M. Lanken | payment on preference | 1141-000 | 277.78 | | 3,491.14 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,481.14 |
| 04/18/17 | {15} | CHRISTINE M. LANKEN | PAYMENT ON PREFERENCE | 1141-000 | 277.78 | | 3,758.92 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,748.92 |
| 05/30/17 | {15} | Christine M. Lanken | payment on preference | 1141-000 | 277.78 | | 4,026.70 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,016.70 |
| 06/05/17 | 101 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 06/01/2017 FOR CASE #14-83348, Bond#016018067 | 2300-000 | | 5.63 | 4,011.07 |
| 06/06/17 | {15} | Christine M. Lanken | payment on preference | 1141-000 | 277.78 | | 4,288.85 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,278.85 |

| | | | Subtotals : | | $4,444.48 | $165.63 | |

{} Asset reference(s)

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 14-83348 |
| Case Name: | WINDHORST, MARY R |
| Taxpayer ID #: | **-***1412 |
| Period Ending: | 02/08/18 |

| | |
|---|---|
| Trustee: | JAMES E. STEVENS (330420) |
| Bank Name: | Rabobank, N.A. |
| Account: | ******0466 - Checking Account |
| Blanket Bond: | $4,396,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,268.85 |
| 08/02/17 | {15} | Christine M. Lanken | preferential payment | 1141-000 | 277.78 | | 4,546.63 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,536.63 |
| 09/01/17 | {15} | Christine M. Lanken | payment on preference | 1141-000 | 277.78 | | 4,814.41 |
| 10/09/17 | {15} | Christine M. Lanken | preference payment | 1141-000 | 555.56 | | 5,369.97 |
| 10/09/17 | {15} | Christine M. Lanken | Reversed Deposit 100019 1 preference<br>payment - OVERPAYMENT | 1141-000 | -555.56 | | 4,814.41 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,804.41 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee<br>Adjustment | 2600-000 | | -10.00 | 4,814.41 |
| 11/30/17 | 102 | Barrick, Switzer, Long, Balsley &<br>Van Evera | Dividend paid 100.00% on $2,248.00, Attorney<br>for Trustee Fees | 3210-000 | | 2,248.00 | 2,566.41 |
| 11/30/17 | 103 | JAMES E. STEVENS | Dividend paid 100.00% on $1,250.00; Trustee<br>Compensation | 2100-000 | | 1,250.00 | 1,316.41 |
| 12/01/17 | 104 | PNC BANK, N.A. | Dividend paid   3.06% on $6,352.67; Claim# 1;<br>Filed: $6,352.67; Reference: | 7100-000 | | 194.45 | 1,121.96 |
| 12/01/17 | 105 | Discover Bank | Dividend paid   3.06% on $5,118.45; Claim# 2;<br>Filed: $5,118.45; Reference: | 7100-000 | | 156.67 | 965.29 |
| 12/01/17 | 106 | Commerce Bank | Dividend paid   3.06% on $5,661.10; Claim# 3;<br>Filed: $5,661.10; Reference: | 7100-000 | | 173.28 | 792.01 |
| 12/01/17 | 107 | Capital One Bank (USA), N.A. | Dividend paid   3.06% on $867.53; Claim# 4;<br>Filed: $867.53; Reference: | 7100-000 | | 26.55 | 765.46 |
| 12/01/17 | 108 | PYOD, LLC its successors and<br>assigns as assignee | Dividend paid   3.06% on $16,794.90; Claim#<br>5; Filed: $16,794.90; Reference: | 7100-000 | | 514.08 | 251.38 |
| 12/01/17 | 109 | Synchrony Bank | Dividend paid   3.06% on $8,212.51; Claim# 6;<br>Filed: $8,212.51; Reference: | 7100-000 | | 251.38 | 0.00 |

| | | |
|---|---|---|
| ACCOUNT TOTALS | 5,000.04 | 5,000.04 | $0.00 |
| Less: Bank Transfers | 0.00 | 0.00 |
| Subtotal | 5,000.04 | 5,000.04 |
| Less: Payments to Debtors | | 0.00 |
| NET Receipts / Disbursements | $5,000.04 | $5,000.04 |

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 14-83348 | |
| **Case Name:** WINDHORST, MARY R | |
| | |
| **Taxpayer ID #:** **-***1412 | |
| **Period Ending:** 02/08/18 | |

| | |
|---|---|
| **Trustee:** | JAMES E. STEVENS (330420) |
| **Bank Name:** | Rabobank, N.A. |
| **Account:** | ******0466 - Checking Account |
| **Blanket Bond:** | $4,396,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |

| | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # ******0466** | 5,000.04 | 5,000.04 | 0.00 |
| | $5,000.04 | $5,000.04 | $0.00 |